AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

Southern District of Indiana

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) Case No. | 1:23-cr-00139-JRS-KMB |
| Andrzej Boryga | ) | |
| | ) | |
| _Defendant_ | ) | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

_(name of person to be arrested)_     Andrzej Boryga                              ,
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

Counts 1-4: Interstate Communication of Threat to Injure, in violation of 18 U.S.C. § 875(c).

Date: 10/3/2023

CLERK OF COURT, Roger A.G. Sharpe

BY: _[signature]_
     _Deputy Clerk_

City and state:     Indianapolis, Indiana

### Return

This warrant was received on _(date)_ 10/4/2023, and the person was arrested on _(date)_ 10/5/2023
at _(city and state)_ Indianapolis, IN.

Date: 10/5/2023

_Chelsea Wesley_
Arresting officer's signature

_Chelsea Wesley, Special Agent_
Printed name and title