UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v.  ) <br> ) <br> ) <br> ANDRZEJ BORYGA, ) <br> ) <br> Defendant. ) | 1:23-cr-139-JRS-KMB |

## MOTION TO WITHDRAW DOCUMENT 16 ATTORNEY APPEARANCE

Comes now Defendant, by counsel, William H. Dazey, Jr., and moves the Court to withdraw Document 16 Attorney Appearance filed with this Court on October 6, 2023, due to an error in the caption.

**WHEREFORE**, the Defendant prays that this Court issue an Order Withdrawing Document 16, Attorney Appearance.

Respectfully submitted,

*William H. Dazey, Jr.*
William H. Dazey, Jr.
Indiana Federal Community Defenders, Inc.
111 Monument Circle, Suite 3200
Indianapolis, IN 46204
317-383-3520

## CERTIFICATE OF SERVICE

I certify that on October 6, 2023, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*William H. Dazey, Jr.*
William H. Dazey, Jr.