UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) | |
| V. | ) ) | CAUSE NO. 1:23-cr-00139-JRS-KMB |
| ANDRZEJ BORYGA, | ) ) ) | |
| Defendant. | ) | |

**NOTICE OF MANUAL FILING**

The United States of America, by counsel, Zachary A. Myers, United States Attorney for the Southern District of Indiana, and Peter A. Blackett, Assistant United States Attorney, now provides notice of the manual filing of a physical exhibit the government intends to use during the Change of Plea and Sentencing Hearing of the Defendant.  This attachment has been provided to the defendant's counsel of record.

Respectfully submitted,

ZACHARY A. MYERS
United States Attorney

By:   /s/ Peter A. Blackett
      Peter A. Blackett
      Assistant United States Attorney
      Office of the United States Attorney
      10 W. Market Street, Suite 2100
      Indianapolis, IN 46204-3048
      Telephone: (317) 226-6333
      Fax:  (317) 226-6125
      Email:  Peter.Blackett@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on July 16, 2024, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the applicable parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By:    /s/ Peter A. Blackett
        Peter A. Blackett
        Assistant United States Attorney